UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PTD
10/26 -1.00
PH/R 11/10
1:00

CASE NO.: 20-MJ-3857- OTAZO-REYES

UNITED STATES OF AMERICA      :

v.                            :     **NOTICE OF TEMPORARY**
                                    **APPEARANCE AS COUNSEL**
RICHARD AYVAZYAN,             :

_____Defendant._____ /

COMES NOW, David M. Trontz, and files this temporary appearance as counsel for the above named defendant(s). This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name    David M. Trontz

Counsel's Signature _____

Address    3250 Mary Street, Suite 406
           City Miami  State Florida  Zip Code 33133
           Telephone (305) 444-0030
           Fascimile (305) 444-0039
           Florida Bar Number 948111