# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**     Date: 10/21/2020   Time: 1:30 p.m.

Defendant: 1) RICHARD AYVAZYAN     J#: 61234-12  Case #: 20-3857-OTAZO-REYES

AUSA: Marty Elfenbein     Attorney: David Trentz     Temp

Violation: C/D/CA/WARR/COMP/CONSP/WIRE FRAUD/BANK FRAUD     Surr/Arrest Date: 10/20/2020     YOB: 1978

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ⃝ Yes ✓ No     Recommended Bond: PTD

Bond Set at: Temporary PTD     Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs     Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
Consent to video appearance

Rights

Defense Counsel to file Notice of temporary appearance

Waived personal appearance

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 10/22 | 1:30 p.m. | Duty | Miami |
| PTD/Bond Hearing: | 10/22 | 1:30 p.m. | Duty | Miami |
| Prelim/Arraign or Removal: | 11/10 | 1:30 p.m. | Duty | Miami |
| Status Conference RE: | 10/22 | 1:30 p.m. | Duty | Miami |

D.A.R. 13:55:17, 14:07:36, 13:20:19     Time in Court: 20 min

s/Alicia M. Otazo-Reyes
Magistrate Judge