UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-mj-03857-AOR

UNITED STATES OF AMERICA

vs.

RICHARD AYVAZYAN,

Defendant.

_____

**ORDER ON RICHARD AYVAZYAN'S UNOPPOSED MOTION
TO CONTINUE REMOVAL AND PRELIMINARY HEARING**

**THIS CAUSE** came before the Court on the Defendant's Unopposed Motion to Continue Removal and Preliminary Hearing [DE  ]; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is _Granted_.

The Removal and Preliminary Hearing is: _Set for Wednesday November 18 at 1:30 pm_.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _2_ day of _November_, 2020.

_____
United States Magistrate Judge

Copies to Counsel of Record.