**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-3857-OTAZO-REYES

United States of America
    Plaintiff,

v.

Richard Ayvazyan,
    Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **Central District of CA, Los Angeles**, an Indictment was filed against the above-named defendant on a charge of **Indictment/CD-CA/Consp to Commit Wire Fraud**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lisette Marie Reid at Miami, Florida, which officially committed the defendant for removal to the **Central District of CA, Los Angeles**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lisette Marie Reid for removal and posted bail in the amount of **$100,000 corporate surety and $150,000 personal surety** which was approved by the United States Magistrate Judge Lisette Marie Reid, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 11/18/20.

_____
Lisette Marie Reid
United States Magistrate Judge